USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/13/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONOPCO, INC. d/b/a UNILEVER

                Plaintiff,

-against-

2026 THIRD REALTY, LLC, HAE HEE KIM, COURTNEY HAEJIN KIM, DANIEL HUNGSIK KIM, BRYANT KIM, K & K FOOTWEAR, INC., YOUSSOUF DIAGOURAGA, MUSTUFA GANCHI, AMIS DISCOUNTED FURNITURE, LLC, VIBRANT PRINTING AND GRAPHIC CORP., AND JOHN DOES 1-10, inclusive,

                Defendants.

22 Civ. 3480 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Clerk of Court is directed to unseal the above-captioned matter in its entirety.

SO ORDERED.

Dated: May 13, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge