**22 CV 03480**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONOPCO, INC. d/b/a UNILEVER,<br><br>*Plaintiff,*<br><br>v.<br><br>2026 THIRD REALTY, LLC, HAE HEE KIM, COURTNEY HAEJIN KIM, DANIEL HUNGSIK KIM, BRYANT KIM, K & K FOOTWEAR, INC., AND JOHN DOES 1-10, inclusive,<br><br>*Defendants.* | Case No. _____<br><br>[PROPOSED]<br>**ORDER TO FILE CIVIL CASE UNDER SEAL**<br><br>**FILED UNDER SEAL** |

Plaintiff, having moved to file a new civil case under seal in the traditional manner, in paper form, and the Court having reviewed the application and having found sufficient cause under Federal Rule of Civil Procedure 5.2(d) to order this case to be filed under seal, it is hereby

ORDERED that this case may be filed under seal. The parties are directed to proceed in accordance with the instructions for filing under seal found in the court's ECF Rules & Instructions, Rule 6.14, and present the case initiating documents to the Clerk of Court in the traditional manner, in paper form.

The Clerk of the Court shall maintain the documents associated with the above-referenced action, including, but not limited to, Plaintiff's Complaint, Rule 7.1 Disclosure Statement, Civil Cover Sheet, AO120 Form, Summonses, and Plaintiff's proposed *ex parte* temporary restraining order, order authorizing *ex parte* seizure, order to show cause for preliminary injunction, and order allowing expedited discovery, as well as the supporting memorandum of law and supporting declarations of Benjamin Murphy, Melanie Luca, and Stephen Ward and exhibits attached thereto, for a period of one (1) week, or until further order by the Court.

The Clerk is directed to restrict access to this Order to the selected party viewing level and close this case. It is also herby ORDERED that, notwithstanding this Order, the Clerk of the Court shall have authority to provide Plaintiff with certified copies of any orders entered in this matter while under seal.

Dated: April 28, 2022

SO ORDERED:

_Paul S Randolph_
U.S.D.J., Part I