Declaration of Benjamin Murphy

# EXHIBIT 2



Tue, Apr 26, 2022   LOGIN   SUBSCRIBE FOR $1 ›

U.S.   World   Business   Tech & Science   Culture   Autos   Sports   Health   Life   Opinion   Experts   Education   Podcasts   Search



## ON THE INTERNET

# 'Mayo Clinic': Questions Surround NYC Building Overflowing With Mayonnaise

BY **REBECCA FLOOD** ON 4/13/22 AT 11:16 AM EDT



Plan a trip to the top carbon negative country in the world

SHARE 

[ ON THE INTERNET ]  [ NEW YORK ]  [ REAL ESTATE ]  [ FOOD ]  [ RESTAURANTS ]

▶ Listen to this article now
00:00 — 04:05
Powered by Trinity Audio

The internet is baffled by a seemingly empty building in New York which is just filled with pallets of mayonnaise.

Big Apple resident Tanooki Joe snapped a photo of the interior as he walked past one day, after revealing the establishment usually has its shutters closed.

Joe, 40, shared the photo to Twitter last week, under @TanookiKuribo, saying: "I've passed by this store that was closed for months, today the metal gate was a little open and I saw inside and it's just full of mayo."


ADVANCED RECYCLING is keeping used plastic out of the environment and in the economy.
LEARN MORE

The photo shows dozens and dozens of pallets of large Hellman's mayonnaise bottles, which could number in the hundreds.

### THE DEBATE

 **Sometimes a Slap Is Justified**
BY ANDREW TALLMAN

VS

**Will Smith Was Wrong to Slap Chris Rock** 
BY CELESTE HEADLEE

### OPINION

 **Elon Musk Buying Twitter Isn't a Win for Free Speech**
BY NICHOLAS CREEL

 **I'm a Union Tradesman. I Have No Party to Vote For.**
BY RUSSELL DALTON

 **Both Hollywood and Streaming Giants Are Killing Film—and Culture**
BY PAUL JUN

 **Swedish Telecom Giant Ericsson Should Compensate ISIS Victims**
BY NURI KINO

 **D.C. Government Must Provide Justice for 'The Five' in Abortion Case**
BY TED CRUZ AND LILA ROSE

 **Destroying Immigration Laws Isn't the Way to Help Ukrainian Refugees**
BY DAN STEIN

 **The Future of the Executive Branch is at Stake in the Supreme Court**
BY KAREN TUMLIN

 **Supreme Court Hears Case of Praying Coach**
BY JEREMY DYS

 **Elon Musk Doesn't Want 'Free Speech.' He Wants Freedom from Accountability.**
BY ROBERT REICH

 **We Need to Stop Indiscriminately Testing for COVID. It's Harming our Kids.**

DURISETI

NEWSWEEK NEWSLETTER SIGN-UP >



Bizarre NYC building filled with mayonnaise. Wild theories have surfaced online over what appears to be condiment depot in East Harlem.
@TANOOKIKURIBO

Since being shared the tweet blew up, amassing nearly 175,000 likes, and owing to the popularity of the tweet, he added an update, revealing the mysterious mayonnaise haul was in East Harlem.

ADVERTISING



Be at the center of the discussion. $1 a week.

Ad by The New York Times    See More

"I don't know the exact address, but it's somewhere between E110 and E112 on 3rd Ave in NYC. The gates are usually down but if you're lucky maybe you'll get to see the mayo too. Let me know how it goes if you do!" he added.

Joe, who has lived in the city all his life, told *Newsweek*: "I didn't pass by it again but after it blew up on Twitter I wanted to go back and maybe check the status of the mayo.

NEWSWEEK SUBSCRIPTION OFFERS >

"I think it's just weird. Like, it's not uncommon to see supplies or something in an empty store but, that much mayo? It's really strange."

He added he was unsure as to the exact amount of pallets, but said it was enough to be "weird."

Sharing his own theory behind the mayonnaise mountain, Joe continued: "I actually

GET THE BEST OF
NEWSWEEK VIA EMAIL

Email address

FREE SIGN UP >

Our Community



💬 344

Comments posted on Newsweek today

Comment



he Body is First to Know

SPONSORED BY THE NEW YORK TIMES    Read More

AdChoices ▷                    Sponsored



3000+ Games to Play for Free
ufreegames.com

thought maybe a restaurant closed during the pandemic and maybe their mayo supplier just never stopped shipping to them? I don't know. I kept trying to think of theories and nothing really made sense."

People fielded wild theories over the condiment surfeit, as Longer Elk joked: "That's not a store that's the Mayo Clinic."

❝"Hellman's kitchen?"❞

Cpl



Uncover the facts. $1 a week.

Ad by The New York Times    See More

WilliAMnot, Esq. wrote: "You fell for it. It's actually a speakeasy that only makes cocktails that are made with egg whites. Second pallet of Mayo on the right is a false door to the basement. It's called 'Ma Yo's.' It's owned by Yo-Yo Ma. Try the Gin Sour."

TWGeorge added: "Great, now *everyone* is going to know where the Strategic Mayonnaise Reserve is. How will Karen make her fruit salad for the Sunday brunch if the SMR is breached?!"

Alexa O'Brien asked: "What is happening here? Lol."



Operation Sadio quipped: "You laugh now, but just wait til the dollar crashes and the country switches to a new mayo-based currency."

Chris Carvalho pointed out: "There's only 24 days until Cinco de Mayo, when the gate opens & the party starts."

Dawn Of Roses claimed: "I know this area. Now I'm going to see if I can find the mayo wonderland."



Robert A Range quipped: "It's a portal to Hell, Man...."

**READ MORE**

- Explosion in Garbage Truck and 'Dangerous' Acid Dump Prompts NYC Warnings
- Artist Reveals What the Statue of Liberty Would Look Like if She Was Alive
- This Is What Times Square Would Look Like Without Any Adverts

Cpl added: "Hellman's kitchen?"



DoorZone added: "People think it's things like Times Square and Central Park that make nyc great but it's actually things like this secret mayo depot that do the heavy lifting."

Twitter users pointed out the markings on the building matched 2026 Third Avenue, which is a former shoe store. It's not immediately clear who the current owner is.

Listings suggest the location was once home to Moe's Sneaker Spot, which has since closed. Reviews on Yelp go up to 2018 for the store.



While StreetEasy has more information about the four-story building, claiming it houses six units and was built in 1910, citing the commercial space as boasting 5,955 square feet.

The property appears to have been renovated in 2011, as the site stated: "This building features beautifully renovated large full kitchens with dishwashers, stainless steel appliances and Gas ranges. Apartments have clinging fans, recessed lighting and Granite/Stale wall features."

The site details the various apartments are rented out, at around $2,000 a month, while the last information for the commercial let dates back to 2014.





Exterior of 2026 3rd Avenue. The address is believed to be the location of dozens of mayonnaise bottles.
GOOGLE MAPS

REQUEST REPRINT & LICENSING, SUBMIT CORRECTION OR VIEW EDITORIAL GUIDELINES

## AROUND THE WEB



**Use Our Financial Advisor Matching Tool - Its Free**
Ad by SmartAsset



**New "Lung Cleaning" Device is Taking United States by Storm**
Ad by ProductHunter



**See Why Women Are Raving About This Genius Device**
Ad by Blaux Portable Bidget



**New Toenail Clippers Are a Must-have For Seniors in District of Columbia**
Ad by Clipperpro



**Why Are Men Snapping Up This New $49 Wallet?**
Ad by Karbon Wallet



**Genius Device Gets Rid of Mosquitoes for Good**
Ad by BuzzBGone Zap



**How to Get Rid of Mosquitoes Without Bug Spray (Try Tonight)**
Ad by BuzzBGone Zap



**District of Columbia Seniors with No Life Insurance Get a $250k Policy for $18/month**
Ad by Smart Lifestyle Trends



Metropolitan Water's planned recycled water plant
LEARN MORE


## Popular in the Community



AdChoices       Sponsored


**Trump calls Twitter "mentally ill" over...**


**White House "worries" Iran coul...**

## Conversation

Start a discussion, not a fire. Post with kindness. Read our guidelines here.

🔔 Log in | Sign up

Be the first to comment...

Powered by ⊙ OpenWeb                Terms | Privacy | Feedback

## RECOMMENDED FOR YOU







## LATEST NEWS

**Major Cyberattack That Targeted Ukraine to U.S. Subject of $10M Reward**

After 'Period of Hyper Growth'



**Husband Praised for 'Mansplaining' Rent to His Wife Using Monopoly Money**



**Internet Rages at Woman Asking Friend to Pay for Everything on Holiday**



**'Block—Woman Refusing To See Date Again Over 'Rude' Remark Praised Online**

Robinhood App Is Laying Off 9% of Workforce

Saltwater Crocodiles' Taste for Terrestrial Prey Saved Them From Extinction

Fans Debate Chris Brown's Past as Tour With Lil Baby Announced

Trump Calls Twitter 'Mentally Ill' Over Ban on His Account

No OSHA Penalties for Amazon After Tornado Killed 6 Working in Warehouse

**Pence Refusing to Get in Secret Service Car on Jan. 6 'Chilling': Raskin**

**Man Praised for Petty Revenge on Mom Who Wore White Dress to Son's Wedding**

**Internet Backs 'Irresponsible' Woman for Dropping off Stepson at Wedding**

LA Times Reporter Under Investigation After Deputy Kneeling on Inmate Story

Cat Kisses Newborn's Head in Adorable Video of First Meeting

Internet Slams Man For $0 Tip After Restaurant Won't Serve Wife Alcohol

Runaway Cat Who Traveled Nearly 300 Miles in Six Days Back Home

**Huge Spider Crawls Over Door Camera: 'House Has Been Torched, Homeless Now'**

**'So Rude'—Internet Slams 'Insta-Mom' for Asking Child To Move Out of Photo**

**Woman Praised for Refusing to Switch Plane Seats With 'Rude' Mom and Child**

American Teens Are Really Depressed. I Asked My Friends to Help Explain Why

 **EDITOR'S PICK**









**White House 'Worries' Iran Could Be Nuclear Weapon Ready in Weeks**

On Tuesday, Secretary of State Antony Blinken testified that Iran has accelerated its nuclear program from a year to a couple weeks.

**Biden Scores Rare Republican Win With Ukrainian Refugee Policy**

More than sixty percent of GOP voters say they support the president's new program for accepting in the U.S. up to 100,000 Ukrainian refugees.

**Breakaway Moldova Republic Explosions Raise Fears of New Ukraine War Front**

The spate of explosions comes days after Russian Major General Rustam Minnekayev spoke of carving an "exit" to the breakaway Moldovan territory.

**Trump Sparking Fights in MAGA World With These Endorsements**

The former president's endorsement in three key senate races drew the ire of some of his supporters.

 **CHOOSE YOUR SUBSCRIPTION**

 **NEWSLETTER**

**PREMIUM**

✓ Newsweek magazine delivered to your door
✓ Unlimited access to Newsweek.com
✓ Ad free Newsweek.com experience
✓ iOS and Android app access
✓ All newsletters + podcasts

**FROM $9.99** ›

**DIGITAL+ AD FREE**

✓ Unlimited access to Newsweek.com
✓ Ad free Newsweek.com experience
✓ iOS and Android app access
✓ All newsletters + podcasts

**FROM $1** ›



**BEST OF NEWSWEEK VIA EMAIL**

Join half a million readers enjoying Newsweek's free newsletters

[Email address] **FREE SIGN UP** ›



**Newsweek**

© 2022 NEWSWEEK DIGITAL LLC

Editions: | U.S. Edition | 日本 | Pakistan | Polska | România

About Us | Announcements | Archive | Careers | Contact Us | Corrections | Editorial Guidelines | Mission Statement | Advertise
Privacy Policy



Reserve. Relax. Go.
Plan early.

Book Now

Hertz



to lodge in