AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| CONOPCO, INC. d/b/a UNILEVER<br>*Plaintiff(s)*<br>v.<br>2026 THIRD REALTY, LLC, HAE HEE KIM, COURTNEY HAEJIN KIM, DANIEL HUNGSIK KIM, BRYANT KIM, K & K FOOTWEAR, INC., AND JOHN DOES 1-10, inclusive<br>*Defendant(s)* | Civil Action No.<br>**22 CV 03480** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 2026 Third Realty, LLC
2026 3rd Avenue
New York, NY 10029-2886

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: William P. Deni, Jr.
GIBBONS P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY 10019
212-613-2000
wdeni@gibbonslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
*CLERK OF COURT*

Date: 4/29/22

_____
*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

Index # 22 CV 03480

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF NEW YORK

CONOPCO, INC. dba UNILEVER,

　　　　　　　　　　　　　　　　　　　Plaintiff

　　　　　　　Against

　　　　　　　　　　　　　　　　　　　Defendant

2026 THIRD REALTY, LLC et al,

STATE OF NEW YORK
COUNTY OF ALBANY

**Robert Wells,** being duly sworn, deposes and says that he/she is over the age of eighteen(18) years; that on **5/13/2022** at the office of the Secretary of State, of the State of New York in the City of Albany, New York he/she served the **See Attached** annexed on **2026 THIRD REALTY, LLC**,

Defendant in this action, by delivering to and leave with **Amy Lesch** an authorized agent in the office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00 dollars. That said service was made pursuant to Section **303,** Limited Liability Company Law.

Deponent further says that he/she knew the person so served **Amy Lesch** as aforesaid to be an authorized agent in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he/she describes the person actually served as follows:

Sex: Female  Skin Color: White  Hair Color: Blonde  Age(approx) 40  Height (approx) 6'0  Weight (approx) 220

Other Identifying Features:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Robert Wells

Sworn to before me, this
5/13/2022

_____
Rosemary Lanni
Notary Public State of New York
Qualified in Albany County
Reg No 4904277
Commission Expires Nov 2, 2025

Attorney:
WILLIAM DENI
GIBBONS P.C.
ONE GATEWAY CENTER
NEWARK NJ 07102



UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT OF NEW YORK

CONOPCO, INC. D/B/A UNILEVER
    Plaintiff

2026 THIRD REALTY, LLC, ET AL
    Defendant

Index / case #: 22 CV 03480

**AFFIDAVIT OF SERVICE**

Document List:

SUMMONS; COMPLAINT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; [PROPOSED] EX PARTE TEMPORARY RESTRAINING ORDER, ORDER AUTHORIZING EX PARTE SEIZURE, ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION, ORDER ALLOWING EXPEDITED DISCOVERY; MEMORANDUM OF LAW; DECLARATION OF BENJAMIN MURPHY IN SUPPORT OF CONOPCO, INC. D/B/A UNILEVER'S APPLICATION; DECLARATION OF MELANIE LUCA IN SUPPORT OF CONOPCO, INC. D/B/A UNILEVER'S APPLICATION; DECLARATION OF STEPHEN G. WARD IN SUPPORT OF CONOPCO, INC. D/B/A UNILEVER'S APPLICATION; CIVIL COVER SHEET; RULE 7.1 DISCLOSURE STATEMENT; AMENDED EX PARTE TEMPORARY RESTRAINING ORDER, ORDER AUTHORIZING EX PARTE SEIZURE, ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION, ORDER ALLOWING EXPEDITED DISCOVERY; [PROPOSED] FIRST AMENDED COMPLAINT; LETTER; DECLARATION OF ANGEL C. MARTINEZ IN SUPPORT OF CONOPCO, INC. D/B/A UNILEVER'S EMERGENCY MOTION FOR MODIFICATION; SUPPLEMENTAL DECLARATION OF STEPHEN G. WARD IN SUPPORT OF CONOPCO, INC. D/B/A UNILEVER'S EMERGENCY MOTION FOR MODIFICATION; SUPPLEMENTAL DECLARATION OF STEPHEN G. WARD IN SUPPORT OF CONOPCO, INC. D/B/A UNILEVER'S EMERGENCY MOTION FOR MODIFICATION; DECLARATION OF MARY KATE BRENNAN IN SUPPORT OF CONOPCO, INC. D/B/A UNILEVER'S APPLICATION; SUPPLEMENTAL DECLARATION OF MARY KATE BRENNAN IN SUPPORT OF CONOPCO, INC. D/B/A UNILEVER'S APPLICATION
PLAINTIFF CONOPCO, INC. PLAINTIFF CONOPCO, INC. D/B/A UNILEVER'S FIRST SET OF INTERROGATORIES TO DEFENDANT AMIS DISCOUNTED FURNITURE, LLC; PLAINTIFF CONOPCO, INC. D/B/A UNILEVER'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT AMIS DISCOUNTED FURNITURE, LLC

File No.   22 CV 03480