AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| CONOPCO, INC. d/b/a UNILEVER <br> *Plaintiff(s)* <br> v. <br> 2026 THIRD REALTY, LLC, HAE HEE KIM, COURTNEY HAEJIN KIM, DANIEL HUNGSIK KIM, BRYANT KIM, K & K FOOTWEAR, INC., AND JOHN DOES 1-10, inclusive <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. ~~22 CV 03497~~ <br> 22 CV 03480 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Daniel Hungsik Kim
152 Delaware Ave
Haworth, NJ 07641

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: William P. Deni, Jr.
GIBBONS P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY 10019
212-613-2000
wdeni@gibbonslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
*CLERK OF COURT*

Date: 4/29/22

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Attorney:
**WILLIAM DENI**
**GIBBONS P.C.**
**ONE GATEWAY CENTER**
**NEWARK NJ 07102**

UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT OF NEW YORK

CONOPCO, INC. D/B/A UNILEVER
    Plaintiff

2026 THIRD REALTY, LLC, ET AL
    Defendant

Index / case #: 22-CV-03480

## AFFIDAVIT OF SERVICE

**Morris** County, State of: **New Jersey** — **Carlos Perez** being sworn, says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: **New Jersey**

On **5/5/22** at **11:38** am/**pm** at: 152 DELAWARE AVENUE HAWORTH NJ 07641

**Deponent served the within:** See attached Document List

On which were set forth the Index No., herein, and date of filing

**On: DANIEL HUNGSIK KIM**
(herein after called the recipient) therein named.

[X] **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

[ ] **Suitable Age person** — By delivering thereat a true copy of each to:____ a person of suitable age and discretion. Said premises is recipients [ ] Actual Place of Residence [ ] Actual Place of Business within the State.

[ ] **Affixing to Door** — By affixing a true copy of each to the door of said premises which is recipients [ ] Actual Place of Residence [ ] Actual Place of Business, within the State. Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called there ____

[ ] **Corporation or Partnership** — By delivering thereat a true copy of each to:____ personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said recipient and knew said individual to be ____ thereof.

[ ] **Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipients last known [ ] Actual Place of Residence [ ] Actual Place of Business at ____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

[X] **Description**
[X] Male    [ ] White skin    [X] Black hair    [ ] 14-20 Yrs    [ ] Under 5'    [ ] Under 100 Lbs
[ ] Female    [ ] Black skin    [ ] Brown hair    [ ] 21-35 Yrs    [ ] 5'0"-5'3"    [ ] 100-130 Lbs
   [X] Yellow skin    [ ] Gray hair    [ ] 36-50 Yrs    [X] 5'4"-5'8"    [X] 131-160 Lbs
   [ ] Brown skin    [ ] Blonde hair    [X] 51-65 Yrs    [ ] 5'9"-6'0"    [ ] 161-200 Lbs
   [ ] Red skin    [ ] Red hair    [ ] Over 65 Yrs    [ ] Over 6'    [ ] Over 200 Lbs

Other Identifying Features ____

[X] **Military Service** — I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] Subpoena Fee Tendered in the amount of ____

[ ] ____

Sworn to before me on **5/5/22**

*Melissa Giambattista* (signature)

**MELISSA GIAMBATTISTA**
Notary Public, State of New Jersey
Commission # 0002389514
My Commission Expires 09/17/2024

*C. P.* (signature)

(Print name below signature)
Carlos Perez

File No. 103755/107271

Work Order No. 574350

Attorney:
WILLIAM DENI
GIBBONS P.C.
ONE GATEWAY CENTER
NEWARK NJ 07102

UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT OF NEW YORK

CONOPCO, INC. D/B/A UNILEVER
   Plaintiff

2026 THIRD REALTY, LLC, ET AL
   Defendant

Index / case #: 22-CV-03480

**AFFIDAVIT OF SERVICE**

5 7 4 3 5 0

**Document List:**

SUMMONS; COMPLAINT; PROPOSED TRO; MEMORANDUM OF LAW IN SUPPORT OF TRO; DECLARATION OF BENJAMIN MURPHY IN SUPPORT OF TRO WITH EXHIBITS; DECLARATION OF MELANIE LUCA IN SUPPORT OF TRO; DECLARTION OF STEPHEN G. WARD IN SUPPORT OF TRO; AO120 FORM; RULE 7.1 DISCLOSURE STATEMENT; CIVIL COVER SHEET REDACTED; CIVIL COVER SHEET UNREDACTED; DECLARATION OF MARY KATE BRENNAN IN SUPPORT OF TRO; ORDER GRANTING TRO; PLAINTIFF'S FIRST SET OF INTERROGATORIES; PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS

File No.   103755/107271

Work Order No.   574350