UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONOPCO, INC. d/b/a UNILEVER,

                Plaintiff,

     -against-

2026 THIRD REALTY, LLC, HAE HEE KIM,
COURTNEY HAEJIN KIM, DANIEL KIM,
BRYANT KIM, K & K FOOTWEAR, INC.,
YOUSSOUF DIAGOURAGA, MUSTUFA
GANCHI, AMIS DISCOUNTED FURNITURE,
LLC, VIBRANT PRINTING AND GRAPHIC
CORP., AND JOHN DOES 1-10, inclusive.

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   5/20/2022

22 Civ. 3480 (AT)

**ORDER**

ANALISA TORRES, District Judge:

In light of Plaintiff's request to file a second amended complaint and modified application for a temporary restraining order ("TRO"), *see* ECF No. 57, the show cause hearing scheduled for May 20, 2022, at 11:00 a.m., is ADJOURNED *sine die*. The Court finds good cause to extend the previously-entered amended TRO, *see* ECF No. 54, until **May 27. 2022**, while it considers Plaintiff's application. *See* Fed. R. Civ. P. 65(b)(2).

Plaintiff's request to file a second amended complaint is GRANTED. The Court shall set a new date for a show cause hearing once it determines whether a modified TRO should be granted. Plaintiff is directed to serve a copy of this order on all Defendants through personal service, through counsel, or through process service, and file proof of service on the docket by **May 24, 2022**.

     SO ORDERED.

Dated: May 20, 2022
       New York, New York

_____
   ANALISA TORRES
  United States District Judge