Attorney:
GIBBONS P.C.
ONE GATEWAY CENTER
NEWARK NJ 07102

||*578364*||

UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT
OF NEW YORK

CONOPCO, INC. D/B/A UNILEVER
    Plaintiff

2026 THIRD REALTY, LLC, ET AL
    Defendant

Index / case #: 1:22-CV-03480

## AFFIDAVIT OF SERVICE

Morris County, State of: New Jersey    Manuel Kllomollari    being sworn, says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: New Jersey

On 5/27/22 at 12:29 am/pm at: 152 DELAWARE AVENUE HAWORTH NJ 07641

Deponent served the within: SECOND AMENDED TEMPORARY RESTRAINING ORDER; ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION; AND ORDER ALLOWING EXPEDITED DISCOVERY

On which were set forth the Index No., herein, and date of filing

On: HAE HEE KIM
(herein after called the recipient) therein named.

[ ] **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

[X] **Suitable Age person** — By delivering thereat a true copy of each to: Courtney Haejin Kim
a person of suitable age and discretion. Said premises is recipients [X] Actual Place of Residence
    [ ] Actual Place of Business within the State.

[ ] **Affixing to Door** — By affixing a true copy of each to the door of said premises which is recipients [ ] Actual Place of Residence
    [ ] Actual Place of Business, within the State
Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called there _____

[ ] **Corporation or Partnership** — By delivering thereat a true copy of each to: _____
personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said recipient and knew said individual to be _____ thereof.

[X] **Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipients last known [X] Actual Place of Residence [ ] Actual Place of Business
at 152 Delaware Avenue, Haworth NJ 07641
and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicateon the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

[X] **Description**
| | | | | | |
|---|---|---|---|---|---|
| [ ] Male | [ ] White skin | [X] Black hair | [X] 14-20 Yrs | [ ] Under 5' | [ ] Under 100 Lbs |
| [X] Female | [ ] Black skin | [ ] Brown hair | [ ] 21-35 Yrs | [ ] 5'0"-5'3" | [X] 100-130 Lbs |
| | [X] Yellow skin | [ ] Gray hair | [ ] 36-50 Yrs | [X] 5'4"-5'8" | [ ] 131-160 Lbs |
| | [ ] Brown skin | [ ] Blonde hair | [ ] 51-65 Yrs | [ ] 5'9"-6'0" | [ ] 161-200 Lbs |
| | [ ] Red skin | [ ] Red hair | [ ] Over 65 Yrs | [ ] Over 6' | [ ] Over 200 Lbs |

Other Identifying Features _____

[ ] **Military Service** — I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] Subpoena Fee Tendered in the amount of _____

[ ] _____

Sworn to before me on 5/27/22

_Melissa Giambattista_ (signature)

_Manuel Kllomollari_ (signature)
(Print name below signature)
Manuel Kllomollari

MELISSA GIAMBATTISTA
Notary Public, State of New Jersey
Commission # 0002389514
My Commission Expires 09/17/2024

File No. 1:22-CV-03480

Work Order No. 578364

1359 LITTLETON ROAD
MORRIS PLAINS, NJ 07950

HAE HEE KIM
152 DELAWARE AVENUE
HAWORTH, NJ 07641

**PERSONAL AND CONFIDENTIAL**

