**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
CONOOPO, INC. d/b/a/ UNILEVER,

                      Plaintiff,

  -against-

2026 THIRD REALTY, LLC, *et al.*

                    Defendants,
-------------------------------------------------------------------x

Case No. 22-cv-3480(AT)

**NOTICE OF APPEARANCE**
**OF DAVID SALHANICK**

      PLEASE TAKE NOTICE that the undersigned, an attorney admitted to practice before this Court, hereby appears as counsel for defendant Bryant Kim in the above captioned action. Please serve copies of all papers in this matter upon the undersigned at the office and e-mail address listed below.

Dated:  New York, New York
         June 7, 2022

                                      GALLET DREYER & BERKEY, LLP

                                      By:  */s/David Salhanick*
                                          David Salhanick, Esq.
                                     845 Third Avenue, 5th Floor
                                     New York, New York 10022
                                     Phone: 212-935-3131
                                     Fax: 212-935-4514
                                     dss@gdblaw.com