UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2022 JUN 13 AM 10: 55

Conopco, Inc d/b/a Unilever
_____
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

22 Civ. 03480 (AT)(T)

- against -

Sarju Dambelly
_____
_____
_____

**NOTICE OF APPEARANCE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Please take notice that I, ___Sarju Dambelly___, a defendant in
                              *(name)*
this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated: __13 June__, _____
        *(town/city)*   *(state)*

__13 June__, 20__22__

___[signature]___
Signature of Defendant

Address
__200 Mancy place__
City, State & Zip Code
__Bronx ny 10457__
Telephone Number
__646-266-3305__
Fax Number (if you have one)

Rev. 05/2007                                   3