UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONOPCO INC., doing business as UNILEVER,

                     Plaintiff,

    -v-

2026 THIRD REALTY, LLC., HAE HEE KIM, COURTNEY HAEJIN KIM, DANIEL HUNGSIK KIM, YOUSSOUF DIAGOURAGA, MUSTUFA GANCHI, AMIS DISCOUNTED FURNITURE LLC, VIBRANT PRINTING AND GRAPHIC CORP., MOHAMAD GANCHI, LAMIN HUMMA, and SARJO DAMBELLY,

                     Defendants.

CIVIL ACTION NO.: 22 Civ. 3480 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On June 8, 2022, the Honorable Analisa Torres entered a preliminary injunction against Defendants Youssouf Diagouraga, Mustufa Ganchi, Amis Discounted Furniture, LLC, Vibrant Printing and Graphic Corp., Mohamad Ganchi, Lamin Humma, and Sarjo Dambelly (the "PI Defendants"). (ECF No. 101 (the "PI Order")). In the PI Order, Judge Torres ordered, inter alia that, "under Rules 26, 30, and 34 of the Federal Rules of Civil Procedure, Unilever shall be entitled to conduct expedited discovery from all the PI Defendants[,]" limited to the service of interrogatories, requests for production, and notices of deposition. (Id. at 23). On June 16, 2022, Judge Torres referred this case to me for general pretrial supervision. (ECF No. 120).

Accordingly, by **July 5, 2022**, Plaintiff shall file a letter reporting on the status of its efforts to obtain discovery from the PI Defendants.

Dated:     New York, New York
           June 17, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**