*Judge Cave*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2022 JUN 13 AM 10: 55

Conopco, Inc. d/b/a UNILEVER

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

22 Civ. 03480 (AT)

- against -

SARJO DAMBELLY ET AL

**ANSWER**

RECEIVED
JUN 15 2022
USDC SDNY
RECORDS ROOM

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

# I
## ADMISSIONS AND DENIALS

*In this section, state which factual allegations in the complaint you admit to and which factual allegations you deny. You should refer to the complaint paragraph by paragraph (and sentence by sentence within each paragraph), in the same order as the paragraphs and sentences appear in the complaint. Attach additional sheets of papers as necessary.*

1. I have no idea this.
2. I am not involve in any of these issue
3. I don't know where these stuff came fr
4. I don't know any of these into my knowledge
5. I came to respond and clear myself in this issue
6. ~~Am shipping any stuff~~
7. 
8. 
9. 
10. 

Rev. 05/2007

1

# II
## DEFENSES

*In this section, state any legal theories that, even assuming that what plaintiff has alleged in the complaint is true, do not permit the plaintiff to win the case. Attach additional sheets of paper as necessary.*

FIRST DEFENSE:

___

SECOND DEFENSE:

___

THIRD DEFENSE:

___

**WHEREFORE** defendant asks this Court to dismiss the complaint and enter judgment in favor of defendant.

*[If you have any counterclaim against the plaintiff that arises out of the same events or transactions stated in the complaint, and/or any crossclaims against the other defendants that arise out of the same events or transactions stated in this complaint, and/or any third-party claims you have against third-parties (that is, someone not already named in the lawsuit) that arise out of the same events or transactions stated in the complaint, you should attach additional sheets of paper to set forth the facts and bases for any such claims. See the Pro Se Manual for a further explanation.]*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 13 day of June, 20 22

Signature of Defendant: Helen

Address: 200 Marcy place
Apt 6 D
Bronx NY 10458

Telephone Number: 646-266-3309

Fax Number (if you have one): ___

*Rev. 05/2007*

2