USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/9/2022__

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONOPCO, INC. d/b/a UNILEVER.<br><br>*Plaintiff,*<br><br>v.<br><br>2026 THIRD REALTY, LLC, HAE HEE KIM, COURTNEY HAEJIN KIM, DANIEL HUNGSIK KIM, BRYANT KIM, K & K FOOTWEAR, INC., YOUSSOUF DIAGOURAGA, MUSTUFA GANCHI, AMIS DISCOUNTED FURNITURE, LLC, VIBRANT PRINTING AND GRAPHIC CORP., MOHAMAD GANCHI, LAMIN HUMMA, SARJO DAMBELLY, and JOHN DOES 1-10, inclusive,<br><br>*Defendants.* | **ORDER PURSUANT TO**<br>**FED. R. CIV. P. 41(a)(2)**<br><br>Case No. 22-cv-3480 (AT) (SLC) |

Pursuant to Fed. R. Civ. P. 41(a)(2), all claims in the above-captioned action against Defendant Sarjo Dambelly are dismissed without prejudice, with each party bearing its own costs, expenses, and attorney's fees.

The Clerk of Court is directed to terminate Sarjo Dambelly as a defendant in this matter.

SO ORDERED.

Dated: September 9, 2022
      New York, New York

_____
Hon. Analisa Torres
United States District Judge

1