```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/19/2022   
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONOPCO, INC. d/b/a UNILEVER,

                       Plaintiff,

         -against-

2026 THIRD REALTY, LLC, HAE HEE KIM, COURTNEY HAEJIN KIM, DANIEL HUNGSIK KIM, BRYANT KIM, K & K FOOTWEAR, INC., YOUSSOUF DIAGOURAGA, MUSTAFA GANCHI, AMIS DISCOUNTED FURNITURE, LLC, VIBRANT PRINTING AND GRAPHIC CORP., MOHAMAD GANCHI, LAMIN HUMMA, SARJO DAMBELLY, AND JOHN DOES 1–10, INCLUSIVE,

                       Defendants.

22 Civ. 3480 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court has reviewed the parties' proposed final judgment and permanent injunction upon consent. ECF No. 139. This Court will only retain jurisdiction to enforce this order for one year after termination of the litigation. *See id.* at 7. Accordingly, by **September 26, 2022**, the parties shall file an amended proposed final judgment changing the language on page 7 of the proposed judgment.

       SO ORDERED.

Dated: September 19, 2022
       New York, New York

                                                      ANALISA TORRES
                                           United States District Judge